No. ——. CULLEN *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Application for bail presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. ——. WHITCOMB, GOVERNOR OF INDIANA *v.* CHAVIS ET AL. Emergency application for stay of judgment of United States District Court for the Southern District of Indiana presented to MR. JUSTICE MARSHALL, and by him referred to the Court, granted pending timely filing and disposition of an appeal. *Theodore L. Sendak,* Attorney General of Indiana, *Richard C. Johnson,* Chief Deputy Attorney General, and *William F. Thompson,* Assistant Attorney General, for applicant. *James Manahan* in opposition.

No. 1197, Misc. POWELL *v.* HART, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Herbert O. Reid, Arthur Kinoy, Robert L. Carter, Hubert T. Delany, William Kunstler, Frank D. Reeves,* and *Henry R. Williams* for petitioner. *Solicitor General Griswold* in opposition.

No. 513. IN RE SPENCER. Appeal from Sup. Ct. La. Motion of appellee, Judge R. B. Williams, to file additional record granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits. *Jack P. F. Gremillion,* Attorney General of Louisiana, on the motion.